**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Sandra Nze

Appellate case number:   01-15-00526-CV

Trial court case number:  14-CCV-53717

Trial court:                     County Court at Law No. 3 of Fort Bend County

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Michael Massengale
                          Acting for the Court

Panel consists of Chief Justice Radack and Justices Massengale and Lloyd.

Date:  June 25, 2015